**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ANARU ENDEAVORS, INC., a California corporation; PABBY CO INC., a California corporation; on behalf of themselves and all others similarly situated.

Plaintiffs,

v.

SIGNATURE PAYMENTS, LLC, a California corporation; MERRICK BANK CORPORATION, a Utah corporation; and DOES 1 through 10,

Defendants.

Case No. 2:25-cv-08861-SPG-AJR

**DEFENDANTS SIGNATURE PAYMENTS, LLC AND MERRICK BANK CORPORATION'S CORRECTED [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**

On October 14, 2026, Plaintiffs Anaru Endeavors, Inc. ("Anaru") and Pabby Co Inc. ("Pabby") (collectively, "Plaintiffs") filed a Motion for Leave to File Second Amended Class Action Complaint (the "Motion", at Docket Entry No. 44).

On October 28, 2026, pursuant to L.R. 7-9, Defendants Signature Payments, LLC ("Signature"), and Merrick Bank Corporation ("Merrick Bank") (collectively, "Defendants") filed a Response in Opposition to the Motion, hereby requesting that this Court enter an Order denying the Motion (Docket Entry No. 47).

This Court, having considered both the Motion and Defendants' Response in Opposition to the Motion and the facts and arguments contained therein, hereby **ORDERS** as follows:

1. Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint, at Docket Entry No. 44, is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED: ______________________

______________________________
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that on October 29, 2026, a true and correct copy of the above document was served upon all counsel of record via CM/ECF.

**GREENSPOON MARDER LLP**

By: */s/ Sandra Khalili*

Sandra Khalili
sandra.khalili@gmlaw.com
Lawren A. Zann (admitted *pro hac vice*)
lawren.zann@gmlaw.com
Naira M. Castilhos (admitted *pro hac vice*)
naira.castilhos@gmlaw.com

*Attorneys for Defendants Signature Payments, LLC and Merrick Bank Corporation*